# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANE MACLEOD, PERSONALLY, AND AS THE SUCCESSION REPRESENTATIVE FOR THE SUCCESSION OF KEN PARSONS, AND HAROLD PARSONS, INDIVIDUALLY

VERSUS

ELIODORO DELALUZ, JR., RAPID LEASING TRUCKING, L.L.C., LEANNA NICOLE MCCREA, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND UNITED WISCONSIN INSURANCE COMPANY

NO. 2025 CW 1203

MARCH 23, 2026

---

In Re: Old Republic Insurance Company of Canada, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. C-167864.

---

BEFORE: McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT